

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON CHRIST,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, CITY OF MISSOULA POLICE DEPARTMENT, OFFICE OF THE PUBLIC DEFENDER, DETECTIVE STACY LEAR, and JUDGE KAREN TOWNSEND,<br><br>Defendants. | CV 13–75–M–DWM–JCL<br><br>FINDINGS & RECOMMENDATION |

Plaintiff filed his complaint in this case on April 18, 2013. As of the date of this Order, however, he has not served his complaint on the State of Montana or the Office of the Public Defender. Fed. R. Civ. P. 4(m) requires that a plaintiff serve a complaint and summons within 120 days of filing "after the complaint is filed." Unless a plaintiff "shows good cause" for failing to timely serve a complaint on a defendant, "the court – on motion on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff filed his complaint on April 18, 2013, which means he was required to serve the State of Montana and the Office of the Public Defender by August 16, 2013. More than

a month has elapsed since that deadline. It clear from Christ's briefs in support of his prior motion to dismiss his own complaint without prejudice that he does not claim to have good cause for failing to serve these two Defendants. Accordingly,

IT IS RECOMMENDED that Christ's claims against the State of Montana and the Office of the Public Defender be dismissed without prejudice under Rule 4(m).

DATED this 3rd day of October, 2013.

Jeremiah C. Lynch
United States Magistrate Judge