IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON CHRIST,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, CITY OF MISSOULA POLICE DEPARTMENT, OFFICE OF THE PUBLIC DEFENDER, DETECTIVE STACY LEAR, and JUDGE KAREN TOWNSEND,<br><br>  Defendants. | CV 13–75–M–DWM-JCL<br><br>FINDINGS & RECOMMENDATION |

The Plaintiff having moved to dismiss this action with prejudice as against the only remaining Defendants, Stacy Lear and the City of Missoula Police Department, and those Defendants having no objection to the motion,

IT IS HEREBY ORDERED that the Plaintiff's motion is GRANTED and this action is dismissed with prejudice as against Defendants Stacy Lear and the City of Missoula Police Department.

DATED this 27th day of December, 2013.

Jeremiah C. Lynch
United States Magistrate Judge